# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT M. WALDRON,** | : | |
| **Plaintiff,** | : | |
| v. | : | Civ. No. 12-1863 |
| | : | |
| **PROFESSIONAL MEDICAL** | : | |
| **MANAGEMENT, d/b/a/ FINANCIAL** | : | |
| **RECOVERIES** | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW**, this 13th day of March, 2013, upon consideration of Defendant's Motion for Summary Judgment *(Doc. No. 23)*, Defendant's Motion to Exclude/Strike *(Doc. No. 25)*, and all related submissions *(Doc. Nos. 24, 27, 29)*, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment *(Doc. No. 23)* is **GRANTED.**

2. Judgment is entered in favor of Defendant Professional Medical Management and against Plaintiff Robert M. Waldron.

3. Defendant's Motion to Exclude/Strike *(Doc. No. 25)* is **DENIED as moot.**

4. The Clerk's Office shall close this case for statistical purposes.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.